# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONORES DE JESUS MEJIA IRIARTE,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>CHRISTOPHER LAROSE, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 25-cv-03138-BAS-AHG<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

　　　Petitioner Onores De Jesus Mejia Iriarte filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No 1.) After the Petition was fully briefed, the Court held a hearing on the Petition.

　　　For the reasons expressed at the hearing, the Court **GRANTS** the Petition. Specifically, the Court finds Petitioner's detention violates *Zadvydas v. Davis*, 533 U.S. 678 (2001), because there is no reasonable likelihood of removal in the reasonably foreseeable future. Accordingly, the Court issues the following writ:

> The Court **ORDERS** Respondents to immediately release Petitioner Onores De Jesus Mejia Iriarte, A200-285-276, from custody under the same conditions of supervised release that existed before her detention.

The Court also finds it appropriate to grant permanent injunctive relief as follows:

Respondents are **PROHIBITED** from removing Petitioner Onores De Jesus Mejia Iriarte, A200-285-276, without providing Petitioner and her counsel with notice of the country they plan to remove her to and an opportunity to be heard.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

DATED: December 5, 2025

**Hon. Cynthia Bashant, Chief Judge
United States District Court**